## THE STATE v. NYDEM, Appellant.

**Division Two, May 31, 1904.**

**NO EVIDENCE: Reversal.** Where an examination of the evidence discloses no evidence whatever connecting or tending to connect the defendant with the crime of which he was convicted, the judgment will be reversed, and the defendant discharged.

Appeal from Stoddard Circuit Court.—*Hon. J. L. Fort,* Judge.

REVERSED.

*J. W. Farris, T. H. Mauldin* and *Ed. Edmunds* for appellant.

Before the State can ask for a conviction or even desire the conviction of one of her citizens charged with crime, it must be established beyond a reasonable doubt that every material allegation in the information has been proven.   A failure on the part of the State to do

this entitles the defendant to an acquittal. By examination of the transcript it will be seen that there was an utter failure on the part of the State to establish the *corpus delicti.* There is not any evidence to show or induce a reasonable man to believe that the crime of rape had been committed by defendant or anyone on the little girl, Gertie Gibson, as alleged in the information, and for this reason, if for no other, the demurrer offered by the defendant at the close of the State's evidence should have been sustained. State v. James Crabtree, 170 Mo. 642. She never complained, either to her mother or anyone else, up to her dying moments of any wrong having been done her by anyone.

*Edward C. Crow,* Attorney-General, *Sam B. Jeffries,* Assistant Attorney-General, and *C. D. Corum* for the State.

We have carefully read and examined the record in this cause and fail to observe any facts showing or connecting defendant with the commission of the crime charged. For these reasons we submit the case to the court without brief and with the recommendation that the judgment be reversed and defendant discharged.

BURGESS, J.—Defendant was indicted for rape. He was afterwards tried and convicted and his punishment fixed at imprisonment in the penitentiary for ninety-nine years. He appeals.

From an examination of the record we find no evidence whatever connecting the defendant with the offense, or that even tends to do so. This is also the opinion of the Attorney-General, who recommends the reversal of the judgment and the discharge of the defendant. It is so ordered.

All concur.